## T. W. DANIEL v. TALLASSEE POWER COMPANY.

(Filed 18 November, 1931.)

**Appeal and Error G c—Appeal will be dismissed where no briefs have been filed.**

Where neither party has filed a brief the appeal will be dismissed.

APPEAL by plaintiff from *Warlick, J.,* at September Term, 1931, of DAVIDSON.

*Phillips & Bower and J. M. Daniel, Jr., for plaintiff.*
*Raper & Raper and R. L. Smith & Sons for defendant.*

PER CURIAM. This is a companion case to *J. M. Daniel v. Tallassee Power Company, ante,* 680. The complaints in the two cases are similar, with like judgments entered in the Superior Court.

No briefs have been filed by either side, for which reason the appeal will be dismissed.

Appeal dismissed.